AO 10
Rev. 1/2018

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lorch, Basil H. | U.S. Bankruptcy Court | 05/14/2018 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☐ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

121 W. Spring Street
New Albany, IN 47150

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lorch, Basil H. | 05/14/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lorch, Basil H. | 05/14/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lorch, Basil H. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. RJ Bank Deposit Program | A | Int./Div. | J | T | | | | | |
| 2. TIAA Cref Teachers Retirement Fund | A | Dividend | J | T | | | | | |
| 3. College Choice T Rowe Price Large Cap Growth | A | Dividend | J | T | | | | | |
| 4. College Choice Black Rock Large Cap Value Class A | A | Dividend | J | T | | | | | |
| 5. College Choice 2025 Enrollment Portfolio Class A | A | Dividend | J | T | | | | | |
| 6. Wells Fargo Advantage Intl Value Fund | A | Dividend | J | T | | | | | |
| 7. Prudential Jennison Midcap Growth Fund Class Z | A | Dividend | | | Sold | 02/13/17 | J | A | |
| 8. MFS Research Fund Class A | A | Dividend | J | T | | | | | |
| 9. Europacific Growth Fund Class F1 | A | Dividend | J | T | | | | | |
| 10. Pimco Total Return Fund Class P | A | Dividend | | | Sold | 02/13/17 | J | A | |
| 11. AQR Managed Futures Strategy Fund Class N | A | Dividend | J | T | | | | | |
| 12. First Eagle Global CL C (X) | A | Dividend | J | T | Sold (part) | 03/29/17 | K | A | |
| 13. | | | | | Sold (part) | 09/06/17 | J | A | |
| 14. Ivy Balanced CL C | A | Dividend | | | Sold | 03/29/17 | K | A | |
| 15. Janus Balanced CL C (X) | A | Dividend | | | Sold | 03/29/17 | K | A | |
| 16. Federated Government Cash SER (X) | A | Int./Div. | J | T | | | | | |
| 17. MFS Global | A | Dividend | K | T | Sold (part) | 04/19/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lorch, Basil H. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 09/06/17 | J | A | |
| 19. Baird Aggregate INSTL Class N/L | A | Dividend | J | T | | | | | |
| 20. Metropolitan West Total Return Bond Fund Class I | A | Dividend | J | T | Sold (part) | 09/11/17 | J | A | |
| 21. Carnival Corporation (CCL) | A | Dividend | J | T | Sold (part) | 09/07/17 | J | A | |
| 22. Kraft Heines Company (KHC) | A | Dividend | J | T | Sold (part) | 09/07/17 | J | A | |
| 23. Chevron Corporation New (CVX) | A | Dividend | J | T | Sold (part) | 09/07/17 | J | A | |
| 24. JP Morgan Chase & Company (JPM) | A | Dividend | J | T | Sold (part) | 09/07/17 | J | A | |
| 25. Chubb Limited (Switzerland) | A | Dividend | J | T | Sold (part) | 09/07/17 | J | A | |
| 26. Pfizer Incorporated (PFE) | A | Dividend | J | T | Sold (part) | 09/07/17 | J | A | |
| 27. CME Group Incorporated (CME) | A | Dividend | J | T | Sold (part) | 09/07/17 | J | A | |
| 28. Union Pac Corporation (UNP) | A | Dividend | J | T | Sold (part) | 09/07/17 | J | A | |
| 29. Eaton Corporation PLC (ENT) | A | Dividend | J | T | Sold (part) | 09/07/17 | J | A | |
| 30. Apple Incorporated (AAPL) | A | Dividend | J | T | Sold (part) | 09/07/17 | J | A | |
| 31. Microsoft Corporation (MSFT) | A | Dividend | J | T | Sold (part) | 09/07/17 | J | A | |
| 32. Microchip Technology Incorporated (MCHP) | A | Dividend | J | T | Sold (part) | 09/07/17 | J | A | |
| 33. Verizon Communications Incorporated (VZ) | A | Dividend | J | T | Sold (part) | 09/07/17 | J | A | |
| 34. Oracle Corporation (ORCL) | A | Dividend | J | T | Sold (part) | 09/07/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lorch, Basil H. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Air Products & Chemical Incorporated (APD) | A | Dividend | J | T | Sold (part) | 09/07/17 | J | A | |
| 36. Pepsico, Incorporated (PEP) | A | Dividend | J | T | Sold (part) | 09/07/17 | J | A | |
| 37. Marathon Pete Corporation (MPC) | A | Dividend | J | T | Sold (part) | 09/07/17 | J | A | |
| 38. Time Warner Incorporated Com New (TWX) | A | Dividend | J | T | Sold (part) | 09/07/17 | J | A | |
| 39. Abbvie Incorporated (ABBV) | A | Dividend | J | T | Sold (part) | 09/07/17 | J | A | |
| 40. Merck & Company Incorporated (MRK) | A | Dividend | J | T | Sold (part) | 09/07/17 | J | A | |
| 41. Artisian International Fund Investor (ARTIX) | A | Dividend | J | T | | | | | |
| 42. Loomis Sayles Growth Fund Class Y | A | Dividend | J | T | Sold (part) | 09/08/17 | J | A | |
| 43. T.Rowe Price Small Cap Value Fund (PASVX) | A | Dividend | J | T | Sold (part) | 09/08/17 | J | A | |
| 44. Western Asset Total Return Fund | A | Dividend | J | T | Sold (part) | 09/08/17 | J | A | |
| 45. Champlain Mid Cap Fund Advisor | A | Dividend | J | T | Sold (part) | 09/08/17 | J | A | |
| 46. American Mutual Fund Class F2 | A | Dividend | J | T | Sold (part) | 09/11/17 | J | A | |
| 47. Mainstay Epoch Global Equity Yield Fund Class A | A | Dividend | J | T | Sold (part) | 09/11/17 | J | A | |
| 48. Federated Institutional High Yield Bond Fund | A | Dividend | J | T | Sold (part) | 09/11/17 | J | A | |
| 49. Gateway Fund Class A M/F | A | Dividend | J | T | Sold (part) | 09/08/17 | J | A | |
| 50. Prudential Jennison Equity Income Fund Class Z | A | Dividend | | | Sold | 02/16/17 | J | A | |
| 51. John Hancock Global Absolute Return Strategies Fd | A | Dividend | J | T | Sold (part) | 09/11/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lorch, Basil H. | 05/14/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Federated Strategic Value Dividend Fund | A | Dividend | J | T | Sold (part) | 09/11/17 | J | A | |
| 53. FPA Crescent Fund | A | Dividend | J | T | Buy | 03/29/17 | J | | |
| 54. Westwood Income Opportunity | A | Dividend | J | T | Buy | 03/30/17 | J | | |
| 55. Columbia Dividend Income Fund INST | A | Dividend | J | T | Buy | 02/16/17 | J | | |
| 56. Metropolitan West Total Return Bond Fund Class I | A | Dividend | J | T | Buy | 07/13/17 | J | | |
| 57. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lorch, Basil H. | 05/14/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Basil H. Lorch**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544